

# UNITED STATES OF AMERICA
SECURITIES AND EXCHANGE COMMISSION

# ATTESTATION

IT IS HEREBY ATTESTED THAT:

A diligent search has this day been made of the records and files of this Commission and the records and files do not disclose that any registration statements have been received in this Commission, under the name of Carla Marin, pursuant to the provisions of any of the Acts administered by the Commission.

This certified document was produced from the files of this Commission on

09/25/2018
*Date*

It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission and was such official custodian at the time of executing the above attestation.

For the Commission

*[signature]*
Secretary

EXHIBIT
6

SEC 334 (9-12)