## Jacqmein, Victoria

| | |
|---|---|
| **From:** | Carla Marin <carla@carlamarin.com> |
| **Sent:** | Monday, September 25, 2017 10:55 PM |
| **To:** | Matin, Sajjad |
| **Subject:** | SEC Miami |

Hi Sajjad:

Since we were playing telephone tag, I asked you via phone message last week Friday to let me know what this is all about-but you did not; I obviously need to know.  I am emailing you since my time is very limited during the day especially and I am unfortunately not sitting around in the office. Second, I am not available to travel to Miami per your request, which is what it is-a request-you cannot demand that I do what you say-which is how your voicemail came across-hopefully it was not your intent and I am wrong about how you sounded on the voicemail.  As far as I see it, nothing is compelling me to appear in Florida for anything; you have not obtained any kind of jurisdiction over me.  I am attempting to find out from you what this issue is about in a non adversarial manner, but it will not be resolved amicably if you make unreasonable demands to me.  If we cannot come to an amicable resolution, as you know you are free to request to enforce whatever it is you think you can enforce.  At least then, I will have my opportunity to appropriately address a court, find out what it is all about and a judge will then set the parameters between us.

Sorry for emailing you so late-I will not be checking emails further tonight.  Have a good night.

Thanks



CARLA MARIN
carlamarin.com

**EXHIBIT 8**