**Jacqmein, Victoria**

| | |
|---|---|
| **From:** | Foti, Catherine M. <CFoti@maglaw.com> |
| **Sent:** | Friday, November 9, 2018 5:23 PM |
| **To:** | Berlin, Amie R. |
| **Cc:** | Jacqmein, Victoria; Weissman, Jessica; Arkin, Christopher |
| **Subject:** | RE: Carla Marin: Request for proof of service |

Amie,

Thank you for your willingness to be accommodating.  However, Ms. Marin has instructed me to inform you that she does not intend to appear for testimony at this time.

Sorry for the inconvenience.

Cathy


*Catherine M. Foti*
*Morvillo Abramowitz Grand*
*Iason & Anello P.C.*
*565 Fifth Avenue*
*New York, New York 10017*
*212-880-9530 (direct)*
*212-856-9494 (fax)*

**From:** Berlin, Amie R. [mailto:BerlinA@sec.gov]
**Sent:** Tuesday, November 06, 2018 8:44 PM
**To:** Foti, Catherine M. <CFoti@maglaw.com>
**Cc:** Jacqmein, Victoria <JacqmeinV@SEC.GOV>; Weissman, Jessica <WeissmanJm@sec.gov>; Arkin, Christopher <CArkin@maglaw.com>
**Subject:** Re: Carla Marin: Request for proof of service

We will accommodate her further by: (1) agreeing to take the testimony any day in November other than November 14 or 19; and (2) taking her testimony in our New York office in November on the date she chooses.  Depending on the date, I might have to take the testimony via VTC but we can do that as a courtesy to accommodate Ms. Marin and obtain her testimony.

If she is only available November 14 or 19, please let me know. I have a pro bono child dependency hearing on the 14th, but could ask the state court, various counsel, and my client if we can do that hearing sooner.

Thank you,
Amie

On Nov 6, 2018, at 8:20 PM, Berlin, Amie R. <BerlinA@sec.gov> wrote:

Please advise why Ms. Marin cannot appear for testimony during the month of in November.

**EXHIBIT**

**29**

1

Thank you,
Amie

On Nov 6, 2018, at 6:28 PM, Foti, Catherine M. <CFoti@maglaw.com> wrote:

Dear Amie,

I am sorry for the delay, but I needed time to speak with my client.  My client's current situation is difficult and she cannot appear for testimony in November.   I am happy to discuss possible dates in January for testimony in New York.  On the issue of the document subpoena, as I previously informed you, the subpoena was not delivered to Ms. Marin's address; therefore, it was not properly served on her.  Moreover, as I discussed with you in our October 9, 2018 call, given the fact that the subpoena apparently seeks documents concerning Ms. Marin's client(s), Ms. Marin is not in a position to voluntarily produce any such documents.  Accordingly, she will not respond to a subpoena which has not been properly served.

Sorry for any inconvenience.

Cathy


*Catherine M. Foti*
*Morvillo Abramowitz Grand*
*Iason & Anello P.C.*
*565 Fifth Avenue*
*New York, New York 10017*
*212-880-9530 (direct)*
*212-856-9494 (fax)*

**From:** Berlin, Amie R. [mailto:BerlinA@sec.gov]
**Sent:** Monday, November 05, 2018 4:10 PM
**To:** Foti, Catherine M. <CFoti@maglaw.com>
**Cc:** Jacqmein, Victoria <JacqmeinV@SEC.GOV>; Weissman, Jessica <WeissmanJm@sec.gov>; Arkin, Christopher <CArkin@maglaw.com>
**Subject:** Re: Carla Marin: Request for proof of service

Good afternoon ,

I am writing because we have not received a response from you in connection with our most recent email of 10 days ago seeking dates when you are available between November 1 and 14 for Ms. Marin's testimony.

If you have not responded because Ms. Marin has returned to her position that she will not appear for testimony under the subpoena, please let me know.

If Ms. Marin is going to comply with the subpoena, please provide dates. The only change to my availability since I emailed you more than a week ago is November 9. I can no longer do it that day. However, I can offer two more days in addition to the 14 days I offered you before - November 15 and 16. Thus you can now choose between any day through November 16. As I believe I explained to

you previously on the phone, I am not available to take the testimony in December.

If you would prefer to discuss dates, please let me know a good time for me to call you.

Thank you,
Amie

On Oct 26, 2018, at 3:26 PM, Berlin, Amie R. <BerlinA@sec.gov> wrote:

> Hi Cathy,
>
>
> We will need to reschedule some things on our end to accommodate resetting this. Can you please send me each day you all can be available between November 1 and 14? We will then reach out on other matters to make ourselves all day on one of the days you and Marin can be in Miami. I should be able to do that and get back to you with the date that works for us as well within 24-48 hours of receiving dates from you.
>
> As for production, I wonder if you can respond to my October 14 email, where I inquired about your position on that.
>
> Thanks,
> Amie
>
> On Oct 24, 2018, at 8:42 AM, Foti, Catherine M. <CFoti@maglaw.com> wrote:
>
> > Amie,
> >
> > I am sorry for the delay in responding. Unfortunately, my client's other obligations do not permit her to travel to Miami at this time.   Please let us know your availability in November and early December.
> >
> > Cathy
> >
> > Catherine M. Foti
> > Morvillo Abramowitz
> > Grand Iason & Anello P.C.
> > 565 Fifth Ave.
> > New York, NY 10017
> > 212-880-9530 (direct)
> > 212-856-9494 (fax)

On Oct 19, 2018, at 9:34 AM, Berlin, Amie R. <BerlinA@sec.gov> wrote:

Good morning,

I'm following up on the testimony and production issues. I can make myself available today if you would like to discuss it.

Thanks,
Amie

On Oct 14, 2018, at 4:14 PM, Berlin, Amie R. <BerlinA@sec.gov> wrote:

Cathy,

If you all cannot travel to Miami on October 29-31, just let me know other dates in October when she can appear in Miami and we will check calendars on our end. I think we were just looking at the 29-31 because you mentioned them on the phone when we talked, but I can flexible with most other days this month to take the testimony in Miami.

Hope you're having a nice weekend,
Amie

On Oct 14, 2018, at 3:10 PM, Berlin, Amie R. <BerlinA@sec.gov> wrote:

Hi Cathy,

I'm sorry to email you on a Sunday, but wanted to get back to you as quickly as possible about the testimony dates and logistics so you have time to coordinate on your end.

Per my initial email about dates, I can't travel to New York on the dates you chose of October 29-31. The subpoena

calls for Marin to appear in Miami and that is where her testimony will be taken.

Please let me know your position on whether (and if so, when) your client will produce documents pursuant to the December subpoena.

Thanks, Amie

On Oct 12, 2018,

at 4:37 PM, Foti, Catherine M. <CFoti@maglaw.com> wrote:

Hi Amie,

I think I understand the problem now.

T

his subpoena was sent to the wrong address.

Thus, Ms. Marinw

as not properly served with the subpoena for documents.

As f

or the testimony, I understand that it needs to be scheduled be

for the end of the month.

Given that timing, we would ask that a

the testimony be taken in New York. If that can be arranged, Ms

. Marin would be able to appear for testimony on October 29 or 30

, 2018.

Thank you.

Cathy

*Catherine M. Foti Morvillo Abra*

*mowitz GrandIason & Anello P.C. 565 Fifth Avenue New York*

, New York 10017 212-880-9530 (direct) 212-856-9494 (fa

*x*
*)*

**From:** Berlin, Amie R. [mailto:BerlinA@sec.gov] **Sent:** Th

ursday, October 11, 2018 1:21 PM **To:** Foti, Catherine M. <[CFoti](#)

@maglaw.com>Cc: Jacqmein, Victoria <JacqmeinV@SEC.GOV>;

Weissman, Jessica <[Weissman Jm@sec.gov](mailto:WeissmanJm@sec.gov)> **Subject:** Carla Mar

in: Request for proof of service

Good afternoon, I'm follow

ing upon your request for proof that we served the December 20

17 subpoena upon Carla Marin. The subpoena was delivered via

UPS to Ms. Marin on December 11. A copy of the UPS tracking stat

ement is included below.

I look forward to hearing back

from you with dates in October when: (1) we will receive a resp

onset to the subpoena for documents; and (2) Ms. Marin will app

ear for testimony in Miami.

Please let me know if you hav

e any additional questions.

NOTICE: This communication may contain information th

a
t
i
s
l
e
g
a
l
l
y
p
r
i
v
i
l
e
g
e
d
,
c
o
n
f
i
d
e
n
t
i
a
l
o
r
e
x
e
m
p
t
f
r
o
m
d
i
s
c
l

o
s
u
r
e
.
I
f
y
o
u
a
r
e
n
o
t
t
h
e
i
n
t
e
n
d
e
d
r
e
c
i
p
i
e
n
t
,
p
l
e
a
s
e
n
o
t
e
t
h
a

tanydissemination,distribution,orcopyingofthiscommu

nication is strictly prohibited. Anyone who receives this m

essage in error should notify the sender immediately by tele

phone or by return e-mail and delete it from their computer.