UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-MC-20493

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

CARLA MARIN,

    Respondent.
_____/

## ORDER TO SHOW CAUSE

The matter comes before the Court on the Securities and Exchange Commission's (the "Commission") Application for an Order to Show Cause Enforcing Administrative Subpoenas and an Order Enforcing Administrative Subpoenas [D.E. 1]. The Commission asks the Court to order the Respondent, Carla Marin, to appear before this Court and show cause why the Commission's September 1, 2017 subpoena to appear for testimony in Miami, Florida and November 26, 2018 subpoena to produce documents should not be enforced, and to enforce these subpoenas.

The Court has reviewed the Application and applicable law and hereby **ORDERS** that the Commission's Application is **GRANTED**, as follows:

Respondent is ordered to appear before this Court, at the U.S Courthouse, 301 N. Miami Ave, Courtroom 5th FL Miami, Florida, 33128 on March 19, 2019 at 10am for a hearing at which Respondent must show cause why this Court should not compel Respondent to comply with the Commission's subpoenas. Respondent, if she chooses, may file with this Court a written memorandum of law

in response to the Application; Respondent must do so no later than March 8, 2019. If Respondent files a written memorandum of law, the Commission may file a response brief no later than five days from the date of Respondent's filing.

According to the Application, Respondent is represented by counsel. The Commission shall immediately serve this Order on Respondent's counsel and on Respondent directly via overnight delivery, and shall promptly file proof of service with the Court.

**DONE AND ORDERED** in chambers at Miami, Florida this 12 day of February 2019.

_____
U.S. ~~District Court~~ Judge
MAGISTRATE