

# DANIELS·RODRIGUEZ
# BERKELEY·DANIELS·CRUZ
### ATTORNEYS AT LAW

MIAMI / FT. LAUDERDALE / TAMPA / TALLAHASSEE / JACKSONVILLE

Reply to: Lorne E. Berkeley
LBerkeley@drbdc-law.com

February 25, 2019

**Via FedEx- Priority Overnight**

The Hon. Ursula Ungaro
United States District Court
400 North Miami Avenue
Room 12-4
Miami, Florida 33128

      Re:    Securities and Exchange Commission v. Carla Marin
            Case No.:   19-MC-20493-UU

Dear Judge Ungaro:

      I am in receipt of the Order Setting Status Conference for April 26, 2019 at 11:00 a.m. Currently, Magistrate John O'Sullivan has pending before him the Order to Show Cause hearing scheduled for March 19, 2019.

      I am requesting a Case Management Conference prior to this hearing date because there are related matters to the instant action pending before your Honor which arise out of prior and current litigation in New Jersey, as relayed below.

      The Court should be aware that this enforcement action is quite unusual due to its history, which the SEC failed to relate to this Court in its initial filings, until it served a Related Case Notice AFTER an action was filed in New Jersey on February 8, 2019 which has now been assigned to Judge Linares.

      There is a related[1] 2016 action in New Jersey[2] for which there is a pending appeal before the 3rd Circuit. The SEC appealed its loss before Judge Jose Linares concerning an injunction it sought again Guy Gentile.

      Our client, Carla Marin, is Guy Gentile's attorney.

---

[1] See ¶59 *et seq* in the Gentile Complaint filed by the SEC in this matter at Docket No.: 1.
[2] *SEC v. Gentile*, No. 2-16-cv-01619-JLL-JAD (D NJ 2016)

The Hon. Ursula Ungaro
United States District Court
February 25, 2019
2 | Page

Judge Linares issued a stay in April 2017 against conducting discovery in the Gentile New Jersey action, and despite such order, the SEC, via Miami, proceeded to use the 2013 Trader's Café FOI (the same order they are using here) to investigate Gentile. The SEC admitted in the New Jersey action that the cases in New Jersey and Florida "may be related".

Judge Linares did not amend the stay order in response to the SEC's self-serving position of why a stay order issued in New Jersey does not affect the SEC nationwide, i.e. in Florida. Nor did the SEC seek a modification of the stay order from Judge Linares to continue with an UNRELATED investigation into Gentile by virtue of the 2013 Trader's Café FOI.

Further, the SEC did not appeal the Linares stay order to the 3rd Circuit.

Again, and importantly, the SEC did not inform this Court in its initial filings of the related New Jersey action that the SEC has an appeal pending before the 3rd Circuit.

Due to the heightened irregularities of how this action was brought, I am requesting a Status Conference earlier if at all possible.

Specifically, the SEC is using the Florida courts to by-pass a prior order of a New Jersey court to see what evidence, if any, they can collect, to use in New Jersey should they win in their appeal, which is unlikely, given the questioning of the Circuit Judges to the SEC attorney, whose answers were less than compelling. But, in the event the SEC succeeds in the 3rd Circuit, the stay in the case has not been disturbed. And that is the reason why the SEC here did not initially disclose to this Court the related New Jersey action and its stay, until Gentile filed and served his February 8, 2019 action against the SEC.

By forum shopping in this matter, the SEC sleight of hand can only be viewed as avoiding the results of the New Jersey proceedings.

There is also an issue as to whether there is personal jurisdiction over my client here in Miami. The appropriate motion is currently being prepared which will be filed in the near future. My client and I are very cognizant of not wanting to waive this issue of personal jurisdiction which is why these matters should be addressed through a Case Management Conference prior to the March 19th, 2019 Order to Show Cause hearing.

    Thank you for your Honor's time and attention concerning these matters. I look forward to hearing from your Honor as to whether we can schedule a Case Management Conference prior to the March 19, 2019 Order to Show Cause hearing.

Respectfully submitted,

*[signature]*

LORNE E. BERKELEY
For the Firm

LEB/vvm

cc:    Amie Riggle Berlin, Esq. (Via FedEx – Priority Overnight)