UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:19-mc-20493-UU

SECURITIES AND EXCHANGE COMMISSION,
    Applicant,
v.

CARLA MARIN,
    Respondent.
_____/

## MOTION TO WITHDRAW ARI A. SWEETBAUM, ESQUIRE AS ATTORNEY FROM SERVICE LIST

Respondent, CARLA MARIN, by and through the undersigned counsel, files this her Motion to Withdraw as Attorney from Service List and as grounds therefore would state as follows:

1. Attorney Ari A. Sweetbaum is not involved in this case and therefore should be removed as participant in this case.

2. In his place Attorney Alex L. Wildman should be added as participant in this case.

3. Jessica Perez, Legal Assistant to Attorney Ari A. Sweetbaum should also be removed from the service list.

4. Elizabeth Gonzalez, Legal Assistant to Attorney Alex L. Wildman should be added to the service list.

WHEREFORE, Respondent respectfully requests this Honorable Court to remove Attorney Ari A. Sweetbaum and Legal Assistant, Jessica Perez from the Court's service lists and in their place add Attorney Alex L. Wildman and Legal Assistant Elizabeth Gonzalez.

DANIELS RODRIGUEZ BERKELEY DANIELS CRUZ
4000 PONCE DE LEON BOULEVARD, SUITE 800, CORAL GABLES, FL 33146 ▶ www.drbdc-law.com
T: 305.448.7988   F: 305.448.7978   TOLL FREE: 888.448.7988

**Respectfully submitted**,

By: __/s/ *Lorne E. Berkeley*_____
Lorne E. Berkeley, Esq.
Florida Bar No.: 146099
Email: LBerkeley@drbdc-law.com
Alexander L. Wildman, Esq.
Florida Bar No. 116930
Email: Awildman@drbdc-law.com

Attorney for Respondent,
CARLA MARIN
4000 Ponce De Leon Boulevard
Suite 800
Coral Gables, Florida 33146
Telephone No.: (305)-448-7988
Facsimile No.: (305) 448-7978

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 12th day of March, 2019, I electronically filed the above document using CM/ECF or directed service in the method set forth in the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Lorne E. Berkeley*_____
Lorne E. Berkeley, Esq.

CASE NO.: 1:19-mc-20493-UU
Page **3** of **3**

## SERVICE LIST

Amie Riggle Berlin, Esq.
Email: berlina@sec.gov
Senior Trial Counsel
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

p:\edsiss\docs\2636\9745\1122168.docx