UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20493-MC-UNGARO/O'SULLIVAN

SEC,

      Plaintiff,

v.

CARLA MARIN,

      Defendant.

_____/

## **ORDER**

THIS MATTER comes before the Court on the defendant's ore tenus motion to allow attorney Adam Ford  to bring a laptop computer and a cellphone to the March 19, 2019 show cause hearing. Having reviewed the request, it is

ORDERED AND ADJUDGED that the ore tenus motion is GRANTED. Attorney Adam Ford is permitted to bring a laptop computer and a cellphone to the March 19, 2019 show cause hearing.

    **DONE AND ORDERED** in Chambers at Miami, Florida this **19th** day of March, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE