UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20493-MC-UNGARO/O'SULLIVAN

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CARLA MARIN,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following the March 19, 2019, show cause hearing held before the undersigned. Having reviewed the applicable law, and having held a hearing in this matter, it is

ORDERED AND ADJUDGED that on or before March 26, 2019, the respondent shall file a brief, limited to five (5) pages in length, regarding the issue of personal jurisdiction. It is further

ORDERED AND ADJUDGED that on or before April 2, 2019, the applicant shall file a response brief, limited to five (5) pages in length, regarding the issue of personal jurisdiction.

**DONE AND ORDERED** in Chambers at Miami, Florida this **19th** day of March, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE