## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-mc-20493-UU

Securities and Exchange Commission

Plaintiff(s),

vs.

Carla Marin

Defendant(s).
_____/

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB ☐

☑ Other (Explain): Plaintiff's Original Exhibits Re D.E. 21

_____

_____

☐ Attachments
(Exhibit list, Order of Court)

Signature: Victoria Jacqmein

Print Name: VICTORIA JACQMEIN

Agency or Firm: SEC

Address: 801 Brickell Ave #1800
miami, FL 33131

Exhibits Released by:
R. Lamos
(Deputy Clerk)

Telephone: 305-982-6391

Date: 4/3/19

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     FLORIDA

*S.E.C.*

UNITED STATES OF AMERICA

### EXHIBIT AND WITNESS LIST

v.

*Carla Marin*

Case Number: *19-20493-mc-Ungaro*

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|

**PRESIDING JUDGE** John J. O'Sullivan

**PLAINTIFF'S ATTORNEY** *Arnie Berlin*

**DEFENDANT'S ATTORNEY** *Lorne Berkeley & Alex Wildman*

**TRIAL DATE (S)** 3/19/19

**COURT REPORTER** DAR 10:03:31

**COURTROOM DEPUTY** Cherie Griffin

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/19/19 | ✓ | 3/19/19 | Formal order of investigation |
| 2 | | 3/19/19 | ✓ | ✓ | 9/2017 Subpoena |
| 3 | | 3/19/19 | ✓ | ✓ | 12/2017 Subpoena |
| 4 | | 3/19/19 | ✓ | ✓ | 11/2018 Subpoena |
| 5 | | 3/19/19 | ✓ | ✓ | Composite Bus. Records - Banking |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages