UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:19-mc-20493-UU

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

CARLA MARIN,

    Respondent.

_____/

**RESPONDENT'S MOTION TO STRIKE THE
PLAINTIFF, SECURITIES AND EXCHANGE COMMISSION's MEMORANDUM OF
LAW IN SUPPORT OF PERSONAL JURISDICTION [D.E. 32]**

Respondent, CARLA MARIN (Respondent or Marin), by and through the undersigned counsel hereby serves this Motion to Strike the Memorandum of Law in Support of Personal Jurisdiction [D.E. 32] filed by the Applicant, the SECURITIES AND EXCHANGE COMMISSION ("SEC"), and states as follows::

1. On March 19, 2019, the Parties convened before the Honorable Magistrate John O'Sullivan for a hearing on the SEC's Application.

2. After that hearing, this Court entered an Order stating: ". . . on or before April 2, 2019, the applicant shall file a response brief, **limited to five (5) pages in length**, regarding the issue of personal jurisdiction." (**emphasis**) See Order [D.E. 20].

3. On April 2, 2019, the SEC filed its jurisdictional response brief, six (6) pages in length and including no certificate of service. [D.E. 32].

4. Respondent respectfully requests that this Court strike that response brief, as it violates this Court's Order [D.E. 20] and this Court's local rules.

5. First, the SEC's response brief is six (6) pages in length, in violation of the simple mandate this Court placed upon the Parties.

6. Second, the length of the response brief would be even longer had the SEC complied with this Court's local rule requirements on the form and content of their filing. Specifically, S.D.L.R. 5.1(a)(4) provides that all filings should be "not less than one and one-half (1 ½) spaces between lines." Here, long portions of the SEC's response brief is single spaced, including primarily the latter portion of page four and essentially all of page five. {D.E. 32 at pp. 4-5]. And, the SEC's response brief also does not include any certificate of service, similarly in violation of this Court's local rules. See S.D.L.R. 5.1(a)(6).

7. It is clear that the SEC intended to ignore this Court's Order, simply because it was more convenient. The additional page length allows the SEC to improperly raise additional arguments, an opportunity not granted to the Respondent. It is unfair to require the Respondents here to limit its arguments to five (5) pages, and then allow the SEC to flout this Court's Order in its response. This is particularly the case since the SEC has already had its Application [D.E. 1] and a Reply [D.E. 16] to set forth a viable basis for jurisdiction, which they failed to do so, necessitating this additional briefing in the first place.

8. As such, Respondent's respectfully request that this Court strike the SEC's response brief [D.E. 32], as it is in violation of this Court's Order [D.E. 20] and this Court's Local Rules.

**WHEREFORE**, Respondent respectfully requests this Court strike the SEC's response brief [D.E. 32], and any other relief as is just and proper.

Dated: April 3, 2019

                                    **Respectfully submitted,**

By:   /s/ Lorne E. Berkeley
       Lorne E. Berkeley, Esq.
       Florida Bar No.: 146099
       Email: LBerkeley@drbdc-law.com
       Alexander L. Wildman, Esq.
       Florida Bar No. 116930
       Email: Awildman@drbdc-law.com

       Attorney for Respondent,
       CARLA MARIN
       4000 Ponce De Leon Boulevard
       Suite 800
       Coral Gables, Florida 33146
       Telephone No.: (305)-448-7988
       Facsimile No.: (305) 448-7978

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of April, 2019, I electronically filed the above document using CM/ECF or directed service in the method set forth in the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

                                          /s/ Lorne E. Berkeley
                                          Lorne E. Berkeley, Esq.

p:\edsiss\docs\2636\9745\1140112.docx

## SERVICE LIST

Amie Riggle Berlin, Esq.
Email: berlina@sec.gov
Senior Trial Counsel
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154