UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-mc-20493-UU

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

CARLA MARIN,

    Respondent.
_____/

**ORDER**

THIS CAUSE is before the Court upon Non-Party Guy Gentile's Motion to Intervene (the "Motion"). D.E. 37. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On February 11, 2019, the Court referred Applicant's Application for an Order to Show Cause and an order Enforcing Administrative Subpoenas (the "Application") to Magistrate Judge John J. O'Sullivan. D.E. 1. The Application seeks to enforce administrative subpoenas against various broker-dealers registered with the Securities and Exchange Commission and Guy Gentile, owner of one of the broker-dealers. D.E. 1. In the instant Motion, Guy Gentile seeks to intervene as a matter of right. D.E. 37. Given that the Motion and the Application arise out of the same factual issues and are inextricably intertwined, the Court will refer the Motion to Magistrate Judge O'Sullivan.

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge JOHN J. O'SULLIVAN to take all necessary and proper action as required by law with respect to **Guy Gentile's Motion to Intervene. D.E. 37.** Pursuant to 29 U.S.C. § 216(B) and Local

Rule 7.3, and any motions for extension or enlargement of time that relate to such motion. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matter shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of April, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
Magistrate John J. O'Sullivan