UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:19-mc-20493-O'SULLIVAN

SECURITIES AND EXCHANGE COMMISSION,

     Applicant,

v.

CARLA MARIN,

     Respondent.
_____/

## DECLARATION OF JESSICA WEISSMAN

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. I am Assistant Regional Director for the U.S. Securities and Exchange Commission, and work in the Miami Regional Office.

2. In my capacity as Assistant Regional Director, I work on the S.E.C. investigation entitled "Trader's Café" (the "Miami Investigation").

3. The Miami Investigation is ongoing.

4. The Miami Investigation concerns, among other things, possible ongoing violations of Section 15(a) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78o(a), which prohibits unregistered broker-dealer conduct.

5. In connection with the Miami Investigation, the S.E.C. issued a subpoena to Carla Marin for documents the S.E.C. does not have in its possession, and for testimony.

6. I am prohibited from disclosing the specific efforts of this confidential, nonpublic Investigation, but can disclose facts *in camera* if the Court would like to hear more details about the Investigation.

7. There are aspects of the Miami Investigation that cannot continue absent the enforcement of the subpoenas issued to Marin.  Therefore, staying a determination of whether the subpoenas can be enforced will necessarily delay the Investigation.

8. Further delay would have a significant and negative impact on the Miami Investigation.  As I have previously testified in this case, the documents and information sought

EXHIBIT 4

are relevant to the Miami Investigation, we do not have the documents and information sought, and we require them in the Investigation.

9. The Miami Investigation concerns a potential ongoing securities law violation. Therefore, each day that the Investigation is delayed is another day that the potential violation continues.

I declare under penalty of perjury that the foregoing is true, correct and made in good faith.

Jessica M. Weissman

Executed on this 22nd day of April 2019.