UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20493-MC-UNGARO/O'SULLIVAN

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CARLA MARIN,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following the filing of the Reply to the Motion to Intervene (DE # 47, 4/29/19). Having reviewed the applicable filings and law, and new issues having been raised in the reply, it is

ORDERED AND ADJUDGED that on or before May 7, 2019, the SEC shall file a sur-reply to the Reply to the Motion to Intervene addressing the new issues raised in the reply.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of April, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE