**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-20493-UU

SECURITIES AND EXCHANGE COMMISSION,

  Applicant,
v.

CARLA MARIN,

  Respondent.
_____/

<u>**ORDER RESETTING PLANNING & SCHEDULING CONFERENCE**</u>

THIS CAUSE is hereby re-set for an Initial Planning and Scheduling Conference before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida, on **Friday, <u>June 7, 2019</u>**, at **10:30 a.m.**

DONE AND ORDERED in chambers at Miami, Florida this _14th_ day of May, 2019.

_(signature)_
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record